JAMAICA SAVINGS BANK, Appellant, v. JACOB J. GREENBAUM and Others, Defendants, and CHARLES I. H. GREENBAUM and MATILDA GREENBAUM, His Wife, and Others, Respondents.— Motion for reargument denied, with ten dollars costs.

Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston and Close, JJ.; Hagarty, J., not voting.